IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FARMON A. JABBOROV**, <br><br> *Petitioner*, <br><br> v. <br><br> **DAVID O'NEILL, et al.**, <br><br> *Respondents.* | **Case No. 2:25-cv-07215-JDW** |

## ORDER

**AND NOW**, this 22nd day of December, 2025, upon review of Plaintiff Farmon A. Jabborov's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that, on or before Tuesday, December 23, 2025 at 12:00 p.m., Respondents shall advise me whether they oppose Mr. Jabborov's Petition and, if so, whether they intend to make any arguments other than the ones they made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025).

It is **FURTHER ORDERED** that Petitioner's counsel is to serve this Order on the Government at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.